IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CR-147-WKW |
| | ) | |
| TRAVIS DARNELL OSBORNE | ) | |
| | ) | |

**ORDER**

On August 25, 2009, the Magistrate Judge filed a recommendation in this case. (Doc. # 52.) Defendant Travis Darnell Osborne ("Mr. Osborne") filed an objection on September 8, 2009. (Doc. # 58.) Upon an independent and *de novo* review of those portions of the recommendation to which objections were made, 28 U.S.C. § 636(b)(1), it is ORDERED as follows:

1.  Mr. Osborne's objections (Doc. # 58) are OVERRULED.

2.  The recommendation (Doc. # 52) is ADOPTED.

3.  Mr. Osborne's Motion to Suppress (Doc # 15) and Supplemental Motion to Suppress (Doc. # 16) are GRANTED in part and DENIED in part as set forth in the recommendation.

DONE this 11th day of September, 2009.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE